IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2007 FEB 16  A 9:39

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Russell Douglas Dean                )
_____         )
Full name and prison number         )
of plaintiff(s)                     )
                                    )
v.                                  )   CIVIL ACTION NO. 3:07-CV-140-WKW
                                    )   (To be supplied by Clerk of
Sheriff Jay Jones                   )   U.S. District Court)
_____         )
Major Torbet                        )
_____         )
Lt. Welch                           )
_____         )
                                    )
_____         )
                                    )
_____         )
Name of person(s) who violated      )
your constitutional rights.         )
(List the names of all the          )
persons.)                           )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____

3. Docket number _____
4. Name of judge to whom case was assigned  Judge O Walker
5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) NO
6. Approximate date of filing lawsuit  Feb 14 2007
7. Approximate date of disposition  Dec 14 2006

II. PLACE OF PRESENT CONFINEMENT  Lee County detention center

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Lee County detention center

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                          ADDRESS
1. Sheriff Jay Jones          2311 Gateway Dr. Opelika AL
2. Major Toubet               2311 Gateway Dr.
3. Lt. Welch                  2311 Gateway Dr.
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  Dec. 14 until present

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  I have been in Lee County Jail for 62 days. My family called the D.O.C. and they still haven't

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Recieved my paperwork. I have sent Lt. Welch a request telling him my paperwork has not been recieved by the D.O.C. two weeks later he has not replyed or done anything.

GROUND TWO: Intercom does not work in cell of F-1

SUPPORTING FACTS: If something happens we can not even call for help because our intercom does not work.

GROUND THREE: ~~There~~ Roaches in the food we eat

SUPPORTING FACTS: Since I have been here on two seperate occasions I have found a roach in my food.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want 1,500 dollars a day every over 30 days I have been here. The D.O.C. doesn't even know they are supposed to be getting me. I want this jail closed for health hazards

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  Feb. 14 2007
                (Date)

_____
Signature of plaintiff(s)

4

Russell Dennis P-L
P.O. Box 2407
Opelika, AL. 36801



Office of the Clerk
United States District Court
P.O. Box 711
Mont. AL. 36101-0711