AO 240  (Rev. 10/03)

# UNITED STATES DISTRICT COURT

**Middle** _____ **District of** _____ **Alabama**

**Russell Dean**
_____
Plaintiff

V.

**Jones et at**
_____
Defendant

**RECEIVED**

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF** FEB 16 A 9: 39
**FEES AND AFFIDAVIT**

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CASE NUMBER:  **3:07 -CV-140-WKW**

I, **Russell Douglas Dean** _____ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant          ☐ other _____

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.   Are you currently incarcerated?          ☑ Yes          ☐ No          (If "No," go to Part 2)

If "Yes," state the place of your incarceration **Lee County Detention center**

Are you employed at the institution? **No**     Do you receive any payment from the institution? **NO**

Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2.   Are you currently employed?          ☐ Yes          ☑ No

a.   If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

b.   If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
**Nov. 2006  517.00 bi-weekly  Craftmaster Printers**

3.   In the past 12 twelve months have you received any money from any of the following sources?

a.   Business, profession or other self-employment          ☑ Yes          ☑ No
b.   Rent payments, interest or dividends          ☐ Yes          ☑ No
c.   Pensions, annuities or life insurance payments          ☐ Yes          ☑ No
d.   Disability or workers compensation payments          ☐ Yes          ☑ No
e.   Gifts or inheritances          ☐ Yes          ☑ No
f.   Any other sources          ☐ Yes          ☑ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

showing all receipts, expenditures, and balances during the last six months in your institutional account as well as
multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each

AO 240 Reverse (Rev. 10/03)

4.  Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☑ No

    If "Yes," state the total amount.    _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☑ No

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

    Charles Philip Dean    SON

    None Right Now

I declare under penalty of perjury that the above information is true and correct.

Feb. 14 2007                    Rudolf D. Dean
_____        _____
Date                           Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets.  In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.  If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.  I have asked & they will not give me an account sheet. My family has given me $300.00 since I have been here I have also been charged for medical from my past incarceration here. I have also gotten staff infection & dentist charges.

M/D-6

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

Russell D. Dean

_____ )
_____ )
_____ )
_____ )
       **Plaintiff(s)**      )
                            )
          v.                )
Sheriff Jay Jones           )
Major Torbet                )
Lt. Welch                   )
_____ )
       **Defendant(s)**     )

3:07-CV-140-WKW

MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) _Russell Douglas Dean_____

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

_____
**Plaintiff(s) signature**

INMATE COMMISSARY NETWORK SALES
P.O. BOX 17490
ST LOUIS, MO  63178-7490

| NAME: DEAN RUSSELL | | | | ORDER DATE: | 2/12/07 |
|---|---|---|---|---|---|
| NBR: 220 | | | | ORDER NBR: | 54080 |
| BLOCK: F      TIER:       CELL: 6 | | | | OPR NBR: 48076   1 | |
| SITE: LEE COUNTY DETENTION CENTER          30220J 001 | | | | BEG FUND BAL: | 148.27 |
| | | | | PAGE: | 1 |

| ORDER QTY | SITE: ITEM# | KEEFE ITEM# | ITEM DESCRIPTION | ITEM PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| 1 | 0520 | 822626 | 2.7OZ COLGATE TOOTHPASTE | 1.85 | 1.85 |
| 1 | 1060 | 28235 | 8.5 X 11 LETTER PAD WHT | .85 | .85 |
| 2 | 3201 | 8562 | STRAWBERRY MOON PIES | .50 | 1.00 |
| 1 | 3226 | 84702 | SL CHOCOLATE ICED DONUT | .70 | .70 |
| 3 | 3230 | 84709 | SL PEANUT BUTTER WAFERS | 1.60 | 4.80 |
| 1 | 3253 | 8632 | POPTARTS BLUEBERRY 6/BOX | 2.35 | 2.35 |
| 2 | 3274 | 84701 | ICED HONEY BUN 6OZ | .95 | 1.90 |
| 3 | 3309 | 82381 | RICE KRISPIE TREATS 1.3OZ | .65 | 1.95 |
| 3 | 4146 | 48686 | ATOMIC FIRE BALLS | .64 | 1.92 |
| 2 | 4150 | 48607 | SOUR FRUIT BALLS 4.25OZ | .69 | 1.38 |
| 2 | 4151 | 48637 | NOW & LATERS ASST. | .69 | 1.38 |
| 3 | 6117 | 85053 | C.A. CHEESE CRUNCH 11OZ. | 1.65 | 4.95 |
| 4 | 6166 | 8903 | C.A. BBQ CORN CHIPS 12OZ. | 1.65 | 6.60 |
| 5 | 6501 | 85140 | PICKLE (MILD) | .60 | 3.00 |

| | |
|---|---|
| SUB-TOTAL | 34.63 |
| SALES TAX | .00 |
| ORDER TOTAL | 34.63 |
| FUND BALANCE | 113.64 |

LIST SHORTAGES AND/OR DAMAGES HERE:

ITEM#      QUANTITY      CATEGORY/DESCRIPTION

SIGNED _____      DATE _____

WITNESSED BY _____      DATE _____

KEEFE COMMISSARY NETWORK SALES
P.O. BOX 17490
ST LOUIS, MO  63178-7490

| NAME: DEAN RUSSELL | | | | | ORDER DATE: | 2/04/07 |
| NBR: 220 | | | | | ORDER NBR: 49899 | |
| LOCK: F | TIER: | | CELL: 6 | | CPR NBR: 47808 | 1 |
| SITE: LEE COUNTY DETENTION CENTER | | | 30220J 001 | | BEG FUND BAL: | 185.88 |
| | | | | | PAGE: | 1 |

| ORDER QTY | SITE: ITEM# | KEEFE ITEM# | ITEM DESCRIPTION | ITEM PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| 1 | 0520 | 822626 | 2.7OZ COLGATE/TOOTHPASTE | 1.85 | 1.85 |
| 1 | 3201 | 8562 | STRAWBERRY MOON PIES | .50 | .50 |
| 4 | 3230 | 84709 | SL PEANUT BUTTER WAFERS | 1.60 | 6.40 |
| 1 | 3236 | 84710 | SL SWISS RLLS BX-6 TWN PK | 1.50 | 1.50 |
| 3 | 4146 | 48686 | ATOMIC FIRE BALLS | .64 | 1.92 |
| 3 | 4150 | 48607 | SOUR FRUIT BALLS 4.25OZ | .69 | 2.07 |
| 3 | 4151 | 48637 | NOW & LATERS ASST. | .69 | 2.07 |
| 4 | 6117 | 85053 | C.A. CHEESE CRUNCH 11OZ. | 1.65 | 6.60 |
| 4 | 6166 | 8903 | C.A. BBQ CORN CHIPS 12OZ. | 1.65 | 6.60 |
| 2 | 6501 | 85140 | PICKLE (MILD) | .60 | 1.20 |

Secure Items

| 1 | 1050 | 928 | BOOK OF TEN STAMPS | 3.90 | 3.90 |

| | SUB-TOTAL | 34.61 |
| | SALES TAX | .00 |
| | ORDER TOTAL | 34.61 |
| | FUND BALANCE | 151.27 |

REJECTED ITEMS

| QTY | ITEM DESCRIPTION | REASON |
|---|---|---|
| 3 | 6501 PICKLE (MILD) | Exceeded Spending Group Limit |

LIST SHORTAGES AND/OR DAMAGES HERE:

| ITEM# | QUANTITY | CATEGORY/DESCRIPTION |
|---|---|---|

SIGNED _____  DATE _____

WITNESSED BY _____  DATE _____

PRINTED WITH SOY INK

KEEFE COMMISSARY NETWORK SALES
P.O. BOX 17490
ST LOUIS, MO  63178-7490

NAME: DEAN RUSSELL                                          ORDER DATE:    1/07/07
  NBR: 220                                                  ORDER NBR: 34617
BLOCK: F       TIER:        CELL: 6                          CPR NBR: 47168   1
  SITE: LEE COUNTY DETENTION CENTER          30220J 001    BEG FUND BAL:    33.45
                                                                 PAGE:      1

| ORDER QTY | SITE: ITEM# | KEEFE ITEM# | ITEM DESCRIPTION | ITEM PRICE | TOTAL PRICE |
|---|---|---|---|---|---|
| 1 | 3226 | 84702 | SL CHOCOLATE ICED DONUT | .70 | .70 |
| 5 | 3230 | 84709 | SL PEANUT BUTTER WAFERS | 1.60 | 8.00 |
| 3 | 4151 | 48637 | NOW & LATERS ASST. | .69 | 2.07 |
| 4 | 6117 | 85053 | C.A. CHEESE CRUNCH 11OZ. | 1.65 | 6.60 |
| 1 | 6150 | 8911 | KEEFE 10OZ NACHO CHIPS | 1.65 | 1.65 |
| 1 | 6155 | 8912 | KEEFE 13OZ CORN CHIPS | 1.65 | 1.65 |
| 2 | 6166 | 8903 | C.A. BBQ CORN CHIPS 12OZ. | 1.65 | 3.30 |
| 6 | 6501 | 85140 | PICKLE (MILD) | .60 | 3.60 |
| 1 | 6600 | 85070 | FLOUR TORTILLAS | 1.10 | 1.10 |

Secure Items

| 1 | 1050 | 928 | BOOK OF TEN STAMPS | 3.90 | 3.90 |

                                                         SUB-TOTAL        32.57

                                                         SALES TAX          .00

                                                         ORDER TOTAL      32.57

                                                         FUND BALANCE       .88

REJECTED ITEMS
 QTY    ITEM DESCRIPTION                      REASON
  1    6600  FLOUR TORTILLAS                  Insufficient Funds

LIST SHORTAGES AND/OR DAMAGES HERE:
ITEM#      QUANTITY      CATEGORY/DESCRIPTION


SIGNED  _____        DATE  _____


WITNESSED BY  _____  DATE  _____