IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| RUSSELL DOUGLAS DEAN, | ) |
| Plaintiff, | ) ) ) |
| v. | )  CASE NO. 3:07-cv-140-WKW |
| JAY JONES, *et al.*, | ) ) ) |
| Defendants. | ) |

## **ORDER**

On March 21, 2007, the Magistrate Judge filed a Recommendation (Doc. # 4) that the plaintiff's claims be dismissed for failure to pay the requisite filing fee. Upon an independent review of the file in this case, upon consideration of the Recommendation of the Magistrate Judge, and there being no timely objections filed, it is hereby ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 4) is ADOPTED; and

2. Plaintiff's Complaint (Doc. # 1) is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this 10th day of April, 2007.

                                                      /s/   W.  Keith Watkins
                                                      UNITED STATES DISTRICT JUDGE